# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 19-5997-DSF (PLA)**  Date: **October 28, 2019**

Title: **Robert Roman (aka Adrian Arthur Barela) v. Los Angeles Sheriff Department, et al.**

---

**PRESENT:** THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**
NONE

**ATTORNEYS PRESENT FOR RESPONDENT:**
NONE

**PROCEEDINGS:** (IN CHAMBERS)

On October 8, 2019, the Court advised plaintiff that defendants Leyn and Steinert (both Los Angeles County Sheriff's Department officers) were served with the summons and complaint on August 29, 2019, and that neither defendant filed a responsive pleading by the deadline to do so -- on or before September 18, 2019. (ECF Nos. 11, 13, 25). Accordingly, plaintiff is **ordered to show cause** in writing **no later than November 25, 2019**, why this action should not be dismissed as to defendants Leyn and Steinert for lack of prosecution. The Court will consider the filing *by that date* of an Answer by defendants Leyn and Steinert, or plaintiff's request for the entry of default as to these defendants, as an appropriate response to this OSC. Failure to respond to this Order may result in the dismissal of the action as to defendants Leyn and Steinert.

As plaintiff was also previously advised (ECF No. 25), if and when either of these defendants makes an appearance in this matter, and after the Court issues an order regarding discovery, plaintiff may attempt to obtain additional information about defendant Smith from the served defendant(s) through the appropriate discovery procedures. The Court will take no further action concerning plaintiff's two letters dated October 16, 2019, concerning service of defendant Smith at this time.

cc: Robert Roman (aka Adrian Arthur Barela), pro se

Initials of Deputy Clerk  ch