1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT ROMAN, AKA ADRIAN ARTHUR BARELA,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. CV 19-5997 DSF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the relevant records and files and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

\\

\\

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Plaintiff at his current address of record and on counsel for
3  Defendants.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED:  August 10, 2020
8                                                                              _____
   Honorable Dale S. Fischer
9  UNITED STATES DISTRICT JUDGE