JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROMAN, AKA ADRIAN ARTHUR BARELA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. CV 19-5997 DSF (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  August 10, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE